United States District Court
Southern District of Texas
**ENTERED**
February 06, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* LAFE BAUER, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| BENEVOLENT CARE HEALTH SERVICES, INC., *et al.* | ) ) ) |
| Defendants. | ) ) |

Case No. 4:19-cv-03330

---

### ORDER

The Court has considered Relator's motion to (1) voluntarily dismiss this matter without prejudice, and (2) maintain the seal permanently or, in the alternative, redact the record to protect his identity. The Court orders as follows:

1. The Court **GRANTS** Relator's request to dismiss this action without prejudice as to Relator and as to the United States.

2. The Court **DENIES** Relator's request to maintain the seal permanently or, in the alternative, redact the record to protect his identity. The seal on this case is hereby lifted in its entirety.

IT IS SO ORDERED.

Entered this _____ day of FEB 0 5 2020 , 2019.

_____
The Honorable Alfred H. Bennett
United States District Judge